UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO.: 4:02-CR-32-SPM

JASON LEMARVIN JOHNSON,

    Defendant.
_____/

### ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's request for a sentence reduction under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) (doc. 125). The Government has filed a response in opposition (doc. 126).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to her sentencing range. Defendant's offense involved more than 8 kilograms of powder cocaine. Defendant's sentencing calculation did not include any amount of cocaine base attributed to Defendant. Therefore, because Defendant is not affected by the crack cocaine amendment, he is not eligible for a sentence reduction.

Accordingly, it is hereby ORDERED AND ADJUDGED that Defendant's request for a sentence reduction (doc. 125) is ***denied***.

DONE AND ORDERED this twelfth day of May, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge