**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                                                        CASE NO.: 4:02-CR-32-SPM

JASON LEMARVIN JOHNSON,

    Defendant.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

THIS CAUSE comes before the Court upon Defendant's motion for reconsideration (doc. 130).  Defendant requests that this Court reconsider its decision to deny Defendant's request for a sentence reduction under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) (doc. 125).

This Court found that Defendant was not entitled to a sentence reduction because his offense involved more than 8 kilograms of powder cocaine and there was no cocaine base attributed to Defendant.  This Court then concluded that the crack cocaine amendment did not affect Defendant's sentence determination.  Upon further review of the United States Probation Office's Presentence Investigation Report, this Court finds that the amount of cocaine base attributed to Defendant, though mentioned in the report, was *not* a factor in Defendant's sentence.

Defendant's base offence level was 32.  This is the base offence level for an offense involving more than 5 kilograms but less than 15 kilograms of cocaine powder.  Therefore even though there were 73 grams of cocaine base attributed to Defendant in the presentence report, this amount was not part of the sentencing calculation.  Careful review of the presentence report reveals that Defendant is mistaken.  The *only* substance used to determine Defendant's sentencing range was cocaine powder.  Therefore, this Court correctly concluded that Defendant is ineligible for the two-level reduction under Amendment 706.

Accordingly, it is hereby ORDERED AND ADJUDGED that Defendant's "Motion for Reconsideration" (doc. 130) is ***denied***.

DONE AND ORDERED this <u>fourteenth</u> day of July, 2008.

<u>    *s/ Stephan P. Mickle*    </u>
Stephan P. Mickle
United States District Judge